IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WIRELESS RECOGNITION TECHNOLOGIES LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:10-cv-364 |
| A9.COM, INC., AMAZON.COM, INC., GOOGLE, INC., NOKIA, INC. and RICOH INNOVATIONS, INC. | § § § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

**PLAINTIFF WIRELESS RECOGNITION TECHNOLOGIES LLC'S
DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Wireless Recognition Technologies LLC ("WRT") states that the parent company of WRT is Acacia Patent Acquisition LLC ("APAC"). APAC is wholly-owned by Acacia Research Corporation, a publicly-held corporation.

Dated: September 14, 2010         Respectfully submitted,

/s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
**THE DAVIS FIRM P.C.**
111 W. Tyler St.
Longview, TX 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
E-mail: bdavis@bdavisfirm.com

*Of Counsel*
Cameron H. Tousi
David M. Farnum
Ralph P. Albrecht
**ALBRECHT TOUSI & FARNUM PLLC**
1701 Pennsylvania Ave, NW Ste 300
Washington, D.C. 20006
Tel: (202) 349-1490
Fax: (202) 318-8788

**ATTORNEYS FOR PLAINTIFF
WIRELESS RECOGNITION
TECHNOLOGIES LLC**