1   David Alan Makman, SBN 178195
    **LAW OFFICES OF DAVID A. MAKMAN**
2   655 Mariner's Island Blvd., Suite 306
    San Mateo, CA 94404
3   Telephone:  (650) 242-1560
    Email: david@makmanlaw.com
4
    Robert C. Matz (S.B.N. 217822)
5   **MAKMAN & MATZ LLP**
    655 Mariner's Island Blvd., Suite 306
6   San Mateo, CA 94404
    Telephone:  (650) 242-1560
7   E-mail: rcmatz@rcmatzlaw.com

8   Cameron H. Tousi
    David M. Farnum
9   Ralph P. Albrecht
    **ALBRECHT TOUSI &FARNUM PLLC**
10  1701 Pennsylvania Ave, NW Ste 300
    Washington, D.C. 20006
11  Telephone:  202-349-1490
    Facsimile:  202-318-8788
12  Email: chtousi@atfirm.com
    Email: dmfarnum@atfirm.com
13  Email: david@makmanlaw.com

14

15  *Attorneys for Plaintiff*
    *Wireless Recognition Technologies LLC*

16

17

18

Daniel T. Shvodian, SBN 184576
James F. Valentine, SBN 149269
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  650-838-4300
Facsimile:  650-838-4350
Email:  DShvodian@perkinscoie.com
Email:  JValentine@perkinscoie.com

*Attorneys for Defendants*
*A9.com, Inc., Amazon.com, Inc., and Google*
*Inc.*

Donald F. Zimmer, Jr., SBN 112279
Cheryl A. Sabnis, SBN 224323
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone:  415-318-1200
Facsimile:  415-318-1300
Email:  fzimmer@kslaw.com
Email:  csabnis@kslaw.com

Robert F. Perry
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, NY  10036
Telephone:  212-556-2100
Facsimile:  212-556-2222
Email:  rperry@kslaw.com

*Attorneys for Defendants*
*Nokia Inc. and Nokia Corporation*

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21  WIRELESS RECOGNITION TECH.

22            Plaintiff,                    Case No.: 5:12-1217-EJD-PSG

23        v.                               **STIPULATION AND [PROPOSED]
                                           ORDER EXTENDING ADR DEADLINE**
24  A9.COM INC., et al.                    **DUE TO MEDIATOR UNAVAILABILITY**

25            Defendants.

26

27

28

CASE NOS.  5:12-CV-01217, 1218, 1219,        STIPULATION AND [PROPOSED] ORDER RE
1220 EJD (PSG)                               ADR DEADLINE

1

2

| WIRELESS RECOGNITION TECH. | Case No.: 5:12-1218-EJD-PSG |

3

Plaintiff,

4

v.   **STIPULATION AND [PROPOSED] ORDER EXTENDING ADR DEADLINE DUE TO MEDIATOR UNAVAILABILITY**

5

NOKIA CORPORATION

6

Defendants.

7

WIRELESS RECOGNITION TECH.

8

Plaintiff,   Case No.: 5:12-1219-EJD-PSG

9

v.

10

A9.COM INC., et al.   **STIPULATION AND [PROPOSED] ORDER EXTENDING ADR DEADLINE DUE TO MEDIATOR UNAVAILABILITY**

11

Defendants.

12

WIRELESS RECOGNITION TECH.

13

Plaintiff,   Case No.: 5:12-1220-EJD-PSG

14

v.

15

NOKIA CORPORATION   **STIPULATION AND [PROPOSED] ORDER EXTENDING ADR DEADLINE DUE TO MEDIATOR UNAVAILABILITY**

16

Defendants.

17

18    Pursuant to ADR Local Rule 6-5, Plaintiff Wireless Recognition Technologies ("WRT")

19  and Defendants A9.com, Inc. ("A9"), Amazon.com, Inc. ("Amazon"), Google, Inc. ("Google"),

20  Nokia Inc. ("Nokia"), and Nokia Corporation's ("Nokia Corporation") (collectively "the

21  Parties"), by and through their counsel of record, hereby stipulate and jointly request that, due to

22  the unavailability of the court-appointed mediator (Jack Russo), the Court enter an order

23  extending the deadline by which the parties are to complete the court-ordered mediation from

24  Tuesday, September 18, 2012 to Friday, October 5, 2012.

25    The parties hereby certify that this stipulation and proposed order is timely under ADR

26  Local Rule 6-5, as it is being filed on September 4, 2012, 14 days before the ADR session in

27  question is to be held (September 18, 2012).  *See* ADR Local Rule 6-5(b).

28

1

2        IT IS SO STIPULATED BY AND BETWEEN THE PARTIES.

3    DATED:  September 4, 2012                **MAKMAN & MATZ LLP**

4
                                             By:  */s Robert C. Matz*
5                                                 Robert C. Matz

6                                            *Attorneys for Plaintiff*
                                             *Wireless Recognition Technologies LLC*
7

8    DATED:  September 4, 2012                **PERKINS COIE LLP**

9
                                             By:*/s Daniel T. Shovodian*
10                                               Daniel T. Shvodian

11                                           *Attorneys for Defendants*
                                             *A9.com, Inc., Amazon.com, Inc., and*
12                                           *Google Inc.*

13   DATED:  September 4, 2012                **KING & SPALDING LLP**

14
                                             By:*/s Robert F. Perry*
15                                               Robert F. Perry

16                                           *Attorneys for Defendants*
                                             *Nokia Inc. and Nokia Corporation*
17
     **[PROPOSED] ORDER**
18
              **XX**    The parties' stipulation is adopted and IT IS SO ORDERED.
19            ☐       The parties' stipulation is modified as follows, and IT IS SO ORDERED.

20
     Dated:  September 5, 2012              _____
21                                           The Honorable Edward J. Davila
                                             UNITED STATES DISTRICT COURT JUDGE
22

23                        **ATTESTATION OF SIGNATURE**
                              (N.D. Cal. General Order 45 (X.B.))

24        I, Robert C. Matz, am the ECF User whose ID and password were used to electronically

25   file this Stipulation and [Proposed] Order.  In compliance with General Order 45 X.B., I hereby

26   attest that counsel for A9, Amazon, Google, Nokia and Nokia Corporation concur in this filing.

27   Dated: September 4, 2012               By:     */s Robert C. Matz*
                                                    Robert C. Matz
28                                                  Attorney for Plaintiff
                                                    Wireless Recognition Technologies LLC