| | |
|---|---|
| David Alan Makman, SBN 178195<br>**LAW OFFICES OF DAVID A. MAKMAN**<br>655 Mariner's Island Blvd., Suite 306<br>San Mateo, CA 94404<br>Telephone: (650) 242-1560<br>Email: david@makmanlaw.com | Daniel T. Shvodian, SBN 184576<br>James F. Valentine, SBN 149269<br>**PERKINS COIE LLP**<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650-838-4300<br>Facsimile: 650-838-4350<br>Email: DShvodian@perkinscoie.com<br>Email: JValentine@perkinscoie.com |
| Robert C. Matz (S.B.N. 217822)<br>**MAKMAN & MATZ LLP**<br>655 Mariner's Island Blvd., Suite 306<br>San Mateo, CA 94404<br>Telephone: (650) 242-1560<br>E-mail: rcmatz@rcmatzlaw.com | *Attorneys for Defendants*<br>*A9.com, Inc., Amazon.com, Inc., and Google Inc.* |
| Cameron H. Tousi<br>David M. Farnum<br>Ralph P. Albrecht<br>**ALBRECHT TOUSI &FARNUM PLLC**<br>1701 Pennsylvania Ave, NW Ste 300<br>Washington, D.C. 20006<br>Telephone: 202-349-1490<br>Facsimile: 202-318-8788<br>Email: chtousi@atfirm.com<br>Email: dmfarnum@atfirm.com<br>Email: david@makmanlaw.com | Donald F. Zimmer, Jr., SBN 112279<br>Cheryl A. Sabnis, SBN 224323<br>**KING & SPALDING LLP**<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone: 415-318-1200<br>Facsimile: 415-318-1300<br>Email: fzimmer@kslaw.com<br>Email: csabnis@kslaw.com |
| *Attorneys for Plaintiff*<br>*Wireless Recognition Technologies LLC* | Robert F. Perry<br>**KING & SPALDING LLP**<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone: 212-556-2100<br>Facsimile: 212-556-2222<br>Email: rperry@kslaw.com |
| | *Attorneys for Defendants*<br>*Nokia Inc. and Nokia Corporation* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIRELESS RECOGNITION TECH.,<br><br>  Plaintiff,<br><br>  v.<br><br>A9.COM INC., et al.<br><br>  Defendants. | Case No.: 5:12-1217-EJD-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING ADR DEADLINE DUE TO MEDIATOR UNAVAILABILITY** |

CASE NOS. 5:12-CV-01217, 1218, 1219, 1220 EJD (PSG)                           STIPULATION AND PROPOSED ORDER RE ADR DEADLINE

| | |
|---|---|
| WIRELESS RECOGNITION TECH.<br><br>          Plaintiff,<br><br>     v.<br><br>NOKIA CORPORATION<br><br>          Defendants. | Case No.: 5:12-1218-EJD-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING ADR DEADLINE DUE TO MEDIATOR UNAVAILABILITY** |
| WIRELESS RECOGNITION TECH.<br><br>          Plaintiff,<br><br>     v.<br><br>A9.COM INC., et al.<br><br>          Defendants. | Case No.: 5:12-1219-EJD-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING ADR DEADLINE DUE TO MEDIATOR UNAVAILABILITY** |
| WIRELESS RECOGNITION TECH.<br><br>          Plaintiff,<br><br>     v.<br><br>NOKIA CORPORATION<br><br>          Defendants. | Case No.: 5:12-1220-EJD-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING ADR DEADLINE DUE TO MEDIATOR UNAVAILABILITY** |

Pursuant to ADR Local Rule 6-5, Plaintiff Wireless Recognition Technologies ("WRT") and Defendants A9.com, Inc. ("A9"), Amazon.com, Inc. ("Amazon"), Google, Inc. ("Google"), Nokia Inc. ("Nokia"), and Nokia Corporation's ("Nokia Corporation") (collectively "the Parties"), by and through their counsel of record, hereby stipulate and jointly request that, due to the unavailability of the court-appointed mediator (Jack Russo), the Court enter an order extending the deadline by which the parties are to complete the court-ordered mediation from Tuesday, September 18, 2012 to Friday, October 5, 2012.

The parties hereby certify that this stipulation and proposed order is timely under ADR Local Rule 6-5, as it is being filed on September 4, 2012, 14 days before the ADR session in question is to be held (September 18, 2012). *See* ADR Local Rule 6-5(b).

IT IS SO STIPULATED BY AND BETWEEN THE PARTIES.

DATED:  September 4, 2012                              **MAKMAN & MATZ LLP**

By:  */s Robert C. Matz*
     Robert C. Matz

*Attorneys for Plaintiff*
*Wireless Recognition Technologies LLC*

DATED:  September 4, 2012                              **PERKINS COIE LLP**

By:*/s Daniel T. Shovodian*
    Daniel T. Shvodian

*Attorneys for Defendants*
*A9.com, Inc., Amazon.com, Inc., and*
*Google Inc.*

DATED:  September 4, 2012                              **KING & SPALDING LLP**

By:*/s Robert F. Perry*
    Robert F. Perry

*Attorneys for Defendants*
*Nokia Inc. and Nokia Corporation*

**[PROPOSED] ORDER**

    **XX**    The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:  September 5, 2012

_____
The Honorable Edward J. Davila
UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION OF SIGNATURE**
(N.D. Cal. General Order 45 (X.B.))

I, Robert C. Matz, am the ECF User whose ID and password were used to electronically file this Stipulation and [Proposed] Order.  In compliance with General Order 45 X.B., I hereby attest that counsel for A9, Amazon, Google, Nokia and Nokia Corporation concur in this filing.

Dated: September 4, 2012                              By:  */s Robert C. Matz*
                                                           Robert C. Matz
                                                           Attorney for Plaintiff
                                                           Wireless Recognition Technologies LLC