| | |
|---|---|
| David Alan Makman, SBN 178195<br>Robert Craig Matz, SBN 217822<br>**MAKMAN & MATZ LLP**<br>655 Mariner's Island Blvd., Suite 306<br>San Mateo, CA 94404<br>Telephone:  (650) 242-1560<br>E-mail: robert@makmanmatz.com<br>Email: david@makmanlaw.com<br><br>David M. Farnum<br>Ralph P. Albrecht<br>**ATFIRM PLLC**<br>1701 Pennsylvania Ave, NW Ste 300<br>Washington, D.C. 20006<br>Telephone:  202-349-1490<br>Facsimile:  202-318-8788<br>Email: dmfarnum@atfirm.com<br><br>*Attorneys for Plaintiff*<br>*Wireless Recognition Technologies LLC* | Daniel T. Shvodian, SBN 184576<br>James F. Valentine, SBN 149269<br>**PERKINS COIE LLP**<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone:  650-838-4300<br>Facsimile:  650-838-4350<br>Email:  DShvodian@perkinscoie.com<br>Email:  JValentine@perkinscoie.com<br><br>*Attorneys for Defendant*<br>*Google Inc.* |

IT IS SO ORDERED
Judge Edward J. Davila
8/27/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIRELESS RECOGNITION TECH.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>A9.COM INC., et al.<br><br>　　　　　　Defendants. | Case No.: 5:12-1217-EJD-PSG<br><br>JOINT STIPULATION OF DISMISSAL AND MOTION TO DISMISS |
| WIRELESS RECOGNITION TECH.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>A9.COM INC., et al.<br><br>　　　　　　Defendants. | Case No.: 5:12-1219-EJD-PSG<br><br>JOINT STIPULATION OF DISMISSAL AND MOTION TO DISMISS |

TO THIS HONORABLE COURT, ITS STAFF, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Wireless Recognition Technologies LLC ("WRT"), and Defendant Google Inc. ("Google") hereby file this Joint Stipulation and Motion to Dismiss.

WHEREAS, WRT filed suit against Google in in *Wireless Recognition Technologies, LLC v. A9.com, Inc.*, 5:12-1217-EJD-PSG and *Wireless Recognition Technologies, LLC v. A9.com, Inc.*, 5:12-1219-EJD-PSG;

WHEREAS, WRT and Google have settled WRT's claims for relief against Google in Civil Action Nos. 5:12-1217-EJD-PSG and 5:12-1219-EJD-PSG.

NOW, THEREFORE, WRT and Google request that this Court dismiss WRT's claims against Google with prejudice and Google's counterclaims against WRT without prejudice pending between them in Civil Action Nos. 5:12-1217-EJD-PSG and 5:12-1219-EJD-PSG, and with all attorneys' fees, costs of court and expenses to be borne by the party incurring same.

DATED: August 22, 2013          **MAKMAN & MATZ LLP**

                                By:     */s/ Robert C. Matz*
                                        Robert C. Matz

                                *Attorneys for Plaintiff*
                                *Wireless Recognition Technologies LLC*

DATED: August 22, 2013          **PERKINS COIE LLP**

                                By:     */s/ Daniel T. Shvodian*
                                        Daniel T. Shvodian

                                *Attorneys for Defendant*
                                *Google Inc.*

**ATTESTATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, Daniel T. Shvodian, hereby declare, pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed above. I declare, under penalty of perjury, under the laws of the state of California and the United States, that the foregoing declaration is true and correct.

Executed on August 22, 2013, in Palo Alto, California.

**PERKINS COIE LLP**

*/s/ Daniel T. Shvodian*
Daniel T. Shvodian