David Alan Makman, SBN 178195
Robert Craig Matz, SBN 217822
**MAKMAN & MATZ LLP**
655 Mariner's Island Blvd., Suite 306
San Mateo, CA 94404
Telephone:  (650) 242-1560
Email: david@makmanlaw.com
E-mail: robert@makmanmatz.com

David M. Farnum
**ATFirm PLLC**
1701 Pennsylvania Ave, NW Ste 300
Washington, D.C. 20006
Telephone:  202-349-1490
Facsimile:  202-318-8788
Email: dmfarnum@atfirm.com

Donald F. Zimmer, Jr., SBN 112279
Cheryl A. Sabnis, SBN 224323
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone:  415-318-1200
Facsimile:  415-318-1300
Email:  fzimmer@kslaw.com
Email:  csabnis@kslaw.com

Robert F. Perry
Allison H. Altersohn
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, NY  10036
Telephone:  212-556-2100
Facsimile:  212-556-2222
Email:  rperry@kslaw.com

*Attorneys for Plaintiff*
*Wireless Recognition Technologies LLC*

*Attorneys for Defendants*
*Nokia Inc. and Nokia Corporation*

IT IS SO ORDERED

Judge Edward J. Davila

10/9/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WIRELESS RECOGNITION TECH.

                    Plaintiff,

          v.

A9.COM INC., et al.

                    Defendants.

Case No.: 5:12-1217-EJD-PSG

JOINT STIPULATION OF DISMISSAL AND
MOTION TO DISMISS

CASE NOS.  5:12-CV-01217, 1218,
1219, 1220 EJD (PSG)

JOINT STIPULATION OF DISMISSAL
AND MOTION TO DISMISS

1

2

WIRELESS RECOGNITION TECH.

3                          Plaintiff,                          Case No.: 5:12-1218-EJD-PSG

4              v.

5     NOKIA CORPORATION                          JOINT STIPULATION OF DISMISSAL AND
                                                 MOTION TO DISMISS
6                          Defendants.

7     WIRELESS RECOGNITION TECH.

8                          Plaintiff,                          Case No.: 5:12-1219-EJD-PSG

9              v.

10    A9.COM INC., et al.                          JOINT STIPULATION OF DISMISSAL AND
                                                   MOTION TO DISMISS
11                         Defendants.

12    WIRELESS RECOGNITION TECH.

13                         Plaintiff,                          Case No.: 5:12-1220-EJD-PSG

14             v.

15    NOKIA CORPORATION                          JOINT STIPULATION OF DISMISSAL AND
                                                 MOTION TO DISMISS
16                         Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

TO THIS HONORABLE COURT, ITS STAFF, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Wireless Recognition Technologies LLC ("WRT"), and Defendants Nokia Inc. and Nokia Corporation ("Nokia") hereby file this Joint Stipulation of Dismissal and Motion to Dismiss.

WHEREAS, WRT filed suit against Nokia in *Wireless Recognition Technologies, LLC v. A9.com, Inc. et al.*, 5:12-1217-EJD-PSG, *Wireless Recognition Technologies, LLC v. Nokia Corporation*, 5:12-1218-EJD-PSG, *Wireless Recognition Technologies, LLC v. A9.com, Inc. et al.*, 5:12-1219-EJD-PSG, *Wireless Recognition Technologies, LLC v. Nokia Corporation*, 5:12-1220-EJD-PSG;

WHEREAS, WRT and Nokia have settled WRT's claims for relief against Nokia in Civil Action Nos. 5:12-1217-EJD-PSG, 5:12-1218-EJD-PSG, 5:12-1219-EJD-PSG, 5:12-1220-EJD-PSG.

NOW, THEREFORE, WRT and Nokia request that this Court dismiss all claims for relief asserted by the parties with prejudice, and all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.


DATED:  October 7, 2013          **MAKMAN & MATZ LLP**

By:  /s/ *Robert C. Matz*
Robert C. Matz

*Attorneys for Plaintiff*
*Wireless Recognition Technologies LLC*


DATED:  October 7, 2013          **KING & SPALDING LLP**

By:  /s/ *Robert F. Perry*
Robert F. Perry

*Attorneys for Defendants*
*Nokia Inc. and Nokia Corporation*

1

2                         **DECLARATION OF CONSENT**

3

4        Pursuant to L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that

5   concurrence in the filing of this document has been obtained from Robert F. Perry.

6

7   DATED:  October 7, 2013                    **MAKMAN & MATZ LLP**

8                                              By:  */s Robert C. Matz*
                                                    Robert C. Matz
9
                                                   *Attorneys for Plaintiff*
10                                                 *Wireless Recognition Technologies LLC*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28